UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
STEPHEN GANNON,

                              Plaintiff,

            -against-

HOON ON CO., INC., et al.,

                              Defendants.
------------------------------------------------------------X

22 Civ. 1657 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 18, 2022, required the parties to file a proposed case management plan and joint letter by April 27, 2022, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for May 7, 2022, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **April 29, 2022.**

Dated: April 28, 2022
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**