```
1UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEPHEN GANNON,                              :
                          Plaintiff,         :
                                             :    22 Civ. 1657 (LGS)
              -against-                      :
                                             :         ORDER
HOON ON CO., INC., et al.,                   :
                          Defendant,         :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference was held on June 29, 2022.

WHEREAS, by separate order, the case will be referred to Magistrate Judge Barbara C. Moses for settlement discussions.  It is hereby

**ORDERED** that the parties shall file a status letter within one week of the conclusion of settlement discussions.  If a settlement is not reached, the parties shall propose a deadline for Plaintiff to file an amended complaint and a briefing schedule for any motion to dismiss.

Dated: June 30, 2022
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**