UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN GANNON,
                              Plaintiff,

               -against-                            22 Civ. 1657 (LGS)

                                         ORDER
HOON ON CO., INC., et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated April 29, 2022, required the parties to file a status letter by July 4, 2022, as outlined in Individual Rule IV.A.2;

      WHEREAS, the parties failed to submit the letter. It is hereby

      **ORDERED** that, by **July 11, 2022**, the parties shall file the status letter.

Dated: July 7, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE